UNITED STATES DISTRICT COURT

for the

District of Minnesota

Court File # 0:19-cv-06145-PJS-BRT

Bill Patt, et al.,

        Plaintiff(s),

vs.

**AFFIDAVIT OF SERVICE**

Precision Land & Tree Clearing LLC
and Cory J. Groholski,

        Defendant(s).

---

PRO LEGAL SUPPORT SERVICES, INC.

I, LeShel Balgie, state that on June 27, 2019, at 7:34 pm, I served a copy of the Summons and Complaint in the above entitled action upon Precision Land & Tree Clearing LLC therein named, at 7993 140th St N, Hugo, MN 55038, in the County of Washington, by handing to and leaving with Chris Groholski (Co-Owner and person who stated he is authorized to accept service of process on behalf of Precision Land & Tree Clearing LLC) true and correct copies thereof.

I declare under penalty of perjury that this information is true.

Dated: June 28, 2019

                                    */s/ LeShel Balgie*

LeShel Balgie
7800 Metro Parkway #300
Bloomington, MN 55425
(612) 860-5844
service@prolegalmn.com