UNITED STATES DISTRICT COURT

for the

District of Minnesota

Court File # 0:19-cv-06145-PJS-BRT

Bill Patt, et al.,

        Plaintiff(s),

vs.

**AFFIDAVIT OF SERVICE**

Precision Land & Tree Clearing LLC
and Cory J. Groholski,

        Defendant(s).

**PRO LEGAL SUPPORT SERVICES, INC.**

I, LeShel Balgie, state that on July 1, 2019, at 7:41 pm, I served a copy of the Summons and Complaint in the above entitled action upon Cory J. Groholski therein named, at 36992 Greenway Ave, North Branch, MN 55056, in the County of Chisago, by handing to and leaving with Cory J. Groholski true and correct copies thereof.

I declare under penalty of perjury that this information is true.

Dated: July 2, 2019

*LeShel Balgie*

LeShel Balgie
7800 Metro Parkway #300
Bloomington, MN 55425
(612) 860-5844
service@prolegalmn.com